THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP GAMBINO, Appellant.—

Rabin, Acting P. J., Munder, Martuscello, Kleinfeld and Benjamin, JJ., concur.